THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED L. CRAIG, Appellant. [788 NYS2d 778]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered July 24, 2003. The judgment convicted defendant, upon a jury verdict, of reckless endangerment in the first degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him of two counts of reckless endangerment in the first degree (Penal Law § 120.25). Defendant failed to preserve for our review his contention that the evidence is legally insufficient to support the conviction (*see People v Gray*, 86 NY2d 10, 19 [1995]). Defendant also failed to preserve for our review his challenges to County Court's evidentiary rulings (*see People v Cunningham*, 12 AD3d 1131, 1132-1133 [2004]), including his

contentions that he was denied his right of confrontation by the admission of testimony suggesting that he had been implicated by his codefendant (*see People v Walker*, 71 NY2d 1018, 1019-1020 [1988], *rearg denied* 72 NY2d 953 [1988]; *People v Carter*, 1 AD3d 1028, 1029 [2003], *lv denied* 2 NY3d 738 [2004]) and by the court's restriction of his cross-examination of a prosecution witness (*see People v Dunbar*, 145 AD2d 501, 501-502 [1988]). We decline to exercise our power to review those contentions as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Finally, we reject the contentions of defendant that the verdict is against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495 [1987]), he was denied the effective assistance of counsel (*see People v Baldi*, 54 NY2d 137, 147 [1981]) and he was denied his right to testify (*see People v Dolan*, 2 AD3d 745, 746 [2003], *lv denied* 2 NY3d 798 [2004]). Present—Green, J.P., Scudder, Martoche, Smith and Lawton, JJ.